UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

v.

FULFILLMENT SYSTEMS, INC.,

        Defendant.

Case No. 5:22-CV-00323 EJD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

      Plaintiff filed a Status Report on **December 19, 2022,** regarding the parties' settlement (*see* ECF No. 24). The parties are ordered to appear before the Honorable Edward J. Davila on **March 9, 2023, at 10:00 AM** in San Jose, Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **February 23, 2023**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

      The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **February 23, 2023.**

      Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

      **IT IS SO ORDERED.**

Dated: December 19, 2022

EDWARD J. DAVILA
United States District Judge